UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 16 2002
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

LEONARD PATE, )
)
Plaintiff, )
)
v. ) Case No. 4:98CV1517 CDP
)
BOARD OF POLICE )
COMMISSIONERS, et al., )
)
Defendants. )

## JUDGMENT

In accordance with the Memorandum Opinion filed this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that defendant shall have judgment against plaintiff and that plaintiff's complaint is **DISMISSED,** in its entirety, with prejudice.  Neither party shall recover costs of this action from the other.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2002.



UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/16/02 by bkirklan
                4:98cv1517    Pate vs Brd of Police Comm

42:1983 Civil Rights Act

| | |
|---|---|
| Lisa Chase - 98121 | Fax: 573-634-7822 |
| Lanette Gooch - 95458 | Fax: 573-634-7822 |
| Steven May - 28395 | Fax: 314-622-4956 |
| Victor Scott - 54793 | Fax: 573-634-7822 |
| Andrew Williams - 54044 | Fax: 314-622-4956 |

SCANNED & FAXED BY:

JAN 1 6 2002

**MJM**